**Daniel Vincent HALL, Plaintiff— Appellant,**

v.

**Bobby P. SHEARIN, Warden; Harry B. Murphy, Assistant Warden; Frank B. Bishop, Chief of Security; James Tichnell, Case Management Manager; Major Thomas, (8 to 4 shift); Major Mellott, (4 to 12 shift); Captain Butler; Don Raley, Lieutenant; Lieutenant Friend; Lieutenant Schetrompf; Sergeant Wilt; Case Manager Winters; Jon P. Galley, Ex–Warden, Defendants–Appellees.**

No. 08–8268.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 26, 2009.

Daniel Vincent Hall, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Vincent Hall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hall v. Shearin,* No. 1:08–cv–00837–JFM (D.Md. Sept. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*